IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KEITH PAASCH, ET AL.,**                    3:13-CV-01928-BR

        **Plaintiffs,**           **JUDGMENT OF DISMISSAL**

v.

**CAL-AM PROPERTIES, INC.,**

        **Defendant.**

The Court issued an Order to Show Cause (#4) on March 7, 2014 for Plaintiff to show cause in writing no later than March 21, 2014, why this action should not be dismissed for failure to prosecute. On March 7, 2014, Plaintiffs' counsel was served an electronic copy of this Order.

Pursuant to Federal Rule of Civil Procedure 41(b), this Court may dismiss an action for failure to prosecute or failure to comply with a court order. *See Malone v. United States Postal Serv.*, 833 F.2d 128, 130 (9th Cir. 1987). When determining whether to dismiss an action for one of these reasons, the Court must weigh five factors: "'(1) the public's interest in expeditious resolution of litigation; (2) the Court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions.'" *Id.* (quoting *Thompson v. Housing Authority*, 782 F.2d 829, 831 (9th Cir.) (*per curiam*).

To date Plaintiff has failed to respond to the Order to Show Cause. The Court, therefore, **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 28th day of March, 2014.

                                                _/s/ Anna J. Brown_
                                                ANNA J. BROWN
                                                United States District Judge